# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132892

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVE LINTON and MARILYN LINTON,
      Plaintiffs-Appellees,

v

ARENAC COUNTY ROAD COMMISSION,
      Defendant-Appellant.

SC: 132892
COA: 262571
Arenac CC: 04-009082-CZ

_____/

On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

t0416